149 So.2d 764

**C. Franklin McCARTER et al.**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH et al.**

No. 46529.

Feb. 8, 1963.

Writ refused. The result is correct.

149 So.2d 764

**SOUTHLAND RENTALS, INC.**

v.

**Scott WALKER et al.**

No. 46530.

Feb. 8, 1963.

The application is denied. We find no error in the judgment complained of.

149 So.2d 764

**Michel G. WISCHER and George Pertuit**

v.

**MADISON REALTY COMPANY, Inc., and R. C. Milling.**

No. 46550.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

149 So.2d 764

**NOLEN MOTOR COMPANY**

v.

**Jimmy STEPHENSON.**

No. 46565.

Feb. 8, 1963.

Writ refused. The judgment of the Court of Appeal is not final as to the applicant.